| | |
|---|---|
| 1 | K. Randolph Moore, Esq., SBN 106933 |
| 2 | Tanya E. Moore, Esq. SBN 206683<br>MOORE LAW FIRM, P.C. |
| 3 | 332 North Second Street<br>San Jose, California  95112 |
| 4 | Telephone (408) 271-6600<br>Facsimile (408) 298-6046 |
| 5 | Attorneys for Plaintiff |
| 6 | Ronald Moore |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD MOORE, | ) | No. 5:10-cv-01014-HRL |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] |
| vs. | ) ) ) | ORDER TO CONTINUE DATE FOR COMPLETION OF EXPERT |
| ROBINSON OIL CORPORATION dba ROTTEN ROBBIE #42, | ) ) ) | DISCOVERY SET BY COURT'S CASE MANAGEMENT ORDER |
| Defendant. | ) ) ) | **(Re:  Docket No. 28)** |
| | ) ) | |

WHEREAS, the Court filed its Case Management Order in this matter on March 1, 2011 providing that expert discovery be concluded on or before October 26, 2011 (Document 19);

WHEREAS, the parties have disclosed their expert witnesses, however Kim Blackseth, the designated expert for Defendant Robinson Oil Corporation dba Rotten Robbie #42 ("Defendant") is not available for his deposition until November 4, 2011, a date after the expert discovery cut-off;

WHEREAS, plaintiff's designated accessibility expert Gary D. Layman is available for taking his deposition prior to the expert discovery cut-off date;

NOW, THEREFORE, the Parties, through their respective attorneys of record, hereby stipulate as follows:

*Moore v. Robinson Oil Corporation*
Stipulation and [Proposed] Order Continuing Expert Discovery Cut-off Date

Page 1

1. The deposition of plaintiff's accessibility expert Gary D. Layman shall take place on November 4, 2011 at 9:30 a.m.;
2. The deposition of defendant's accessibility expert Kim Blackseth shall take place on November 4, 2011 at 1:00 p.m.;
3. The expert discovery cut-off date is extended to November 4, 2011 for the purposes of taking the above stated depositions only;
4. All other dates set by the Court's Case Management Order shall remain unchanged.

Dated:  October 10, 2011            MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore, Attorneys for Plaintiff
Ronald Moore

MORGAN, FRANICH, FREDKIN & MARSH

/s/ Elizabeth M. Pappy
Elizabeth M. Pappy, Attorneys for Defendant
Robinson Oil Corporation dba Rotten Robbie

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the expert discovery cut-off date be continued to November 4, 2011 exclusively for the purpose of taking the depositions of designated experts Gary D. Layman and Kim Blackseth;

IT IS FURTHER ORDERED that the deposition of plaintiff's expert Gary D. Layman take place on November 4, 2011 at 9:30 a.m. and the deposition of defendant's expert Kim Blackseth take place on November 4, 2011 at 1:00 p.m.

IT IS FURTHER ORDERED that all other dates set by the Court's Case Management Order remain unchanged.

Dated: October 13, 2011

United States Magistrate Judge
Howard R. Lloyd

*Moore v. Robinson Oil Corporation*
Stipulation and [Proposed] Order Continuing Expert Discovery Cut-off Date