***E-FILED: January 31, 2012***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD MOORE, | No. C10-01014 HRL |
| Plaintiff, | **ORDER RE FINAL PRETRIAL CONFERENCE** |
| v. | |
| ROBINSON OIL CORPORATION dba ROTTEN ROBBIE #42, | |
| Defendant. | |

The court held a final pretrial conference on January 31, 2012. The rulings of the court made on the record at the conference shall constitute the court's pretrial order and order on the parties' respective motions in limine.

SO ORDERED.

Dated: January 31, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-01014-HRL Notice has been electronically mailed to:

Elizabeth Marie Pappy     epappy@mffmlaw.com, cmacias@mffmlaw.com

Kenneth Randolph Moore     natalyn@moorelawfirm.com

Tanya Eugene Moore     tanya@moorelawfirm.com, jessica@moorelawfirm.com, marejka@moorelawfirm.com, paralegal@moorelawfirm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.